## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES LIFE INSURANCE
COMPANY IN THE CITY OF NEW YORK,**

**Plaintiff,**

vs.                                                                 Case No.  8:04-cv-197-T-17MSS

**LINC MARIE BENKERT,**

**Defendant.**

_____

## ORDER

This cause comes on for consideration upon the filing of Plaintiff's Motion to Compel Responses to Requests for Production (Dkt. 44) and Plaintiff's Cross-Motion to Compel Attendance at Deposition (Dkt. 46).  Plaintiff seeks an Order requiring Defendant to respond to Plaintiff's First Request for Production of Documents served on Defendant on July 8, 2005.  Plaintiff further seeks an Order compelling Defendant to attend her deposition, which has been re-scheduled at Defendant's request on numerous occasions.  Defendant has not filed a response to Plaintiff's Motion to Compel or Cross-Motion to Compel pursuant to Local Rule 3.01(b).  The Court notes that Defendant is proceeding *pro se* pursuant to Court Order.  (See Dkt. 43).  Defendant is, nevertheless, obligated to respond to Plaintiff's Request for Production of Documents and to appear for deposition.    Upon consideration and being fully advised, it is **ORDERED**:

(1)    That Plaintiff's Motion to Compel Responses to Requests for Production (Dkt. 44) is **GRANTED**.  Defendant shall provide documents in response to Plaintiff's Request for Production of Documents to Plaintiff on or before **November 24, 2005**;

(2)     That Plaintiff's Cross-Motion to Compel Attendance at Deposition (Dkt. 46) is

**GRANTED**.  Defendant shall appear for her deposition on or before **December 8,**

**2005**.

**DONE AND ORDERED** in Tampa, Florida on this 14th day of November, 2005.

_____

MARY S. SCRIVEN
United States Magistrate Judge

Copies to:

Counsel of Record